**Entered on Docket**
**December 16, 2009**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for CMLTI 2006-WF2
09-77245

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28966-lbr |
| Remedios D.  McCarvel | Date:  11/23/2009<br>Time: 10:30 am |
| | Chapter 7 |
| Debtor. | |

1

## ORDER VACATING AUTOMATIC STAY

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4

5

Secured Creditor U.S. Bank National Association, as Trustee for CMLTI 2006-WF2, its assignees

6

and/or successors in interest, of the subject property, generally described as 2814 Poppy Seed Way, Las

7

Vegas, NV 89142, and legally described as follows:

8

Parcel I:
Lot Six (6) in Block FOUR (4) of SAGEBROOK AT STONEGATE, as shown by Map thereof

9

on file in Book 37 of Plats, Page 85, in the Office of the County Recorder of Clark County,
Nevada, as as Amended by Certificate of Amendment Recorded September 15, 1987 in Book

10

870915 of Official Records, as Document No. 00524.

11

Parcel II:
Together with as easement for side yard purposes as shown on the Map of SAGEBROOK at

12

STONEGATE, as shown by Map thereof on File in Book 37 of Plats, Page 85, in the Office of

13

the County Recorder of Clark County, Nevada.

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

1

2      **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3   **give Debtor at least five business days' notice of the time, place and date of sale.**

4                    DATED this _____ day of _____ 2009

5   Submitted by:

6   **WILDE & ASSOCIATES**

7   By:___/s/Gregory L. Wilde, Esq___
    **Gregory L. Wilde, Esq.**
8   Attorney for Secured Creditor
    208 South Jones Boulevard
9   Las Vegas, Nevada 89107

10  APPROVED / DISAPPROVED

11
    By:_____
12  Robert C. Graham
    7375 W. Peak Dr. #220
13  Las Vegas, NV 89128
    Attorney for Debtor(s)
14
15  Nevada Bar No:_____

16
17  APPROVED / DISAPPROVED

18  By:_____
    James F. Lisowski, Sr.
19  P.O Box 95695
    Las Vegas, NV  89193
20  Chapter 7 Trustee

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_   failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_   failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor